IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUSTY GAGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-221-C |
| ) | |
| COLUMBIA INSURANCE GROUP, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

April 24, 2014

FOR THE PLAINTIFF:

s/ S. Corey Stone
S. Corey Stone, OBA No. 22729
320 N. Broadway
Shawnee, OK  74801
(405) 275-6984
(405) 395-9520: facsimile
corey@pclaw.org
pettisstone@gmail.com
**ATTORNEYS FOR PLAINTIFF**

FOR THE DEFENDANT:

s/ Jami Rhoades Antonisse
Miller & Johnson, PLLC
Brad Miller
J. Logan Johnson
Jami Rhoades Antonisse
Weston H. White
1221 N. Francis Ave., Suite B
Oklahoma City, Oklahoma 73106
**ATTORNEYS FOR DEFENDANT**